**JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.**
Stanley O. King
NJ Attorney ID: 034131996
1000 Haddonfield- Berlin Road, Suite 203
Voorhees, NJ 08043
Phone: (856) 596-4100

*Interim Liaison Counsel*

**SPECTOR ROSEMAN & KODROFF, P.C.**
Diana J. Zinser (*pro hac vice* pending)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

**FEDERMAN & SHERWOOD**
Jessica A. Wilkes (*pro hac vice* pending)
10205 N. Pennsylvania Ave
Oklahoma City, OK 73106
Tel: (405) 235-1560

*Interim Co-Class Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Gravy Analytics, Inc. Location Data Breach Litigation | Master File No.: 1:25-cv-00470-CPO-AMD |
| This Document Relates To: | |
| All Cases | |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiffs Jason Cole and Tonya Akes hereby voluntarily dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment in this case. This Court has not yet certified any class in this case.

Dated: March 5, 2025          **JAVERBAUM WURGAFT HICKS**
                                   **KAHN WIKSTROM & SININS, P.C.**

/s/Stanley O. King
Stanley O. King
NJ Attorney ID: 034131996
1000 Haddonfield- Berlin Road, Suite 203
Voorhees, NJ 08043
Phone: (856) 596-4100

*Interim Liaison Counsel*

**SPECTOR ROSEMAN & KODROFF, P.C.**
Diana J. Zinser (*pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

**FEDERMAN & SHERWOOD**
Jessica A. Wilkes (*pro hac vice*)
10205 N. Pennsylvania Ave
Oklahoma City, OK 73106
Tel: (405) 235-1560

*Interim Co-Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2025, I electronically filed the foregoing document, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

/s/ Stanley O. King
Stanley O. King